**SMOLSKY, R.**

v.

**TOTARO, S.**

**1286 EDA 2016**

Superior Court of Pennsylvania.

04/19/2017

2015–03051
(Bucks)

Affirmed

■

**COM.**

v.

**AVERGUN, J.**

**1484 EDA 2016**

Superior Court of Pennsylvania.

4/19/2017

CP–51–CR–0010957–2011
(Philadelphia)

Affirmed

■

**COM.**

v.

**JONES, N.**

**1432 EDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–51–CR–0006591–2007
(Philadelphia)

Affirmed

■

**COM.**

v.

**CHANDLER, N.**

**1903 EDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–51–CR–0500021–1990
(Philadelphia)

Affirmed